UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:   Case No.

Debtor   Chapter  7

## NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

LOCATION OF HEARING:   United States Courthouse
402 East State Street
Courtroom No. 3
Trenton, New Jersey 08608

DATE AND TIME:

## NOTICE
## REAFFIRMATION AGREEMENT - FORM B240A (4/10)

The Director of the Administrative Office of the United States Courts has published a recommended form of reaffirmation agreement, Form B240A (4/10).  This reaffirmation agreement form is available on this court's website at www.njb.uscourts.gov.  Click on forms, then AO Procedural Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B240A (4/10) prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Bruce W. Jackson
By Deputy Clerk

I hereby certify that  I mailed a copy of the above notice to each of the following:  Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)
Bruce W. Jackson
Deputy Clerk