UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jennifer L. McLaughlin

Case No.: 18-11182-CMG

Adv. No.

Hearing Date: 4/3/18

# ORDER APPROVING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case Number:  18-11182-CMG

In Re: Jennifer L. McLaughlin
_____
Debtor(s)

**ORDER APPROVING REAFFIRMATION AGREEMENT**

The Reaffirmation Agreement between the Debtor(s) and

Capital One Auto Finance_____ is APPROVED.
(Creditor)

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer L. McLaughlin  
       Debtor

Case No. 18-11182-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 05, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.  
db           +Jennifer L. McLaughlin,    1262 Fairview Circle,     Lopatcong, NJ 08886-2923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:  
            Barry R. Sharer     on behalf of Trustee Barry R. Sharer  CShapiro@SharerPBS.com,  
             BSharer@SharerPBS.com;nj83@ecfcbis.com  
            Barry R. Sharer     CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com  
            Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
            William S. Wolfson     on behalf of Debtor Jennifer L. McLaughlin wwolfsonlaw@comcast.net,  
             liza.wwolfsonlaw@comcast.net  
                                                                                                                                                                      TOTAL: 6